Renee Richards #221817
**Name and Prisoner/Booking Number**

ASPC Perryville
**Place of Confinement**

ASPC Perryville lumLy P.O. Box 3300
**Mailing Address**

GoodYear AZ 85338
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
          FILED      ___ LODGED
   X  ___ RECEIVED   ___ COPY

         MAR 07 2022

      CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
      BY_____DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Renee Richards,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Director David Shinn of Department of Corrections Perryville,
(Full Name of Defendant) et AL.

(2) And others ,

(3) _____ ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV22-00351-PHX-SRB--DMF
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: _____

2. Institution/city where violation occurred: Perryville Prison

## B. DEFENDANTS

1. Name of first Defendant: _Governor Ducey_. The first Defendant is employed as: _Governor_ at _Arizona_.
   (Position and Title)           (Institution)

2. Name of second Defendant: _All OFFICERS INVOLVED_. The second Defendant is employed as: _Correctional Officer_ at _Perryville_.
   (Position and Title)           (Institution)

3. Name of third Defendant: _Department of Corrections Perryville_. The third Defendant is employed as: _D.O.C_ at _Arizona_.
   (Position and Title)           (Institution)

4. Name of fourth Defendant: _Board of Supervisors_. The fourth Defendant is employed as: ___ at _Arizona_.
   (Position and Title)           (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☑ Yes    ☐ No

2. If yes, how many lawsuits have you filed? _1_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Renee Richards_ v. _Maricopa County_
      2. Court and case number: _CV-19-00228-SRB-DMF_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Plaintiff Prevailed Defendants Settled out of Court_

   b. Second prior lawsuit:
      1. Parties: ___ v. ___
      2. Court and case number: ___
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ___

   c. Third prior lawsuit:
      1. Parties: ___ v. ___
      2. Court and case number: ___
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) ___

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Cruel and Unusual Punishment 8th Amendment

2. **Count I.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Unusual Punishment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 11-11-20 I was brought to the yard office. When I sat down, handcuffed to the back Sgt Negrero #4227 was standing beside me. For no reason he began to curse at me in an aggressive manner. He didn't realize that the camera was on. When I informed him that the camera was on and that he should control himself, he walked away. A couple minutes passed when he told the camera person to leave the room. He directed everyone to leave. When everyone left Sgt Negrero grabbed me by my shirt and neck and dragged me across the room slamming me into chairs. When we reached the back wall he repeatedly slammed me into the wall and began striking me with his fist. He kicked my feet from beneath me and forced me into a sitting position. He then unfastened his pants and forced his genitalia on my mouth. After that he put his fist in my face and threatened me that I better keep my mouth shut. The officer that left with the camera maybe his name is Herrera, he didn't return with the camera. Instead a female officer, I believe to be GARCIA, returned with the camera. These officers played an integral part when they intentionally left me alone with this Sgt. If these officers didn't know protocol was to stay present with the camera on, any reasonable person could've drawn the conclusion just upon the Sgt aggressive manner towards me.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I suffer emotional mental constitutional right to be free from cruel & unusual punishment, anxiety nightmares fear dislocated arm head swell 2x size of normal, eyes swell shut scarring on face

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. They stopped me with threats that would prevent me from gaining access to court. They refuse to process grievance at a certain point.

3

And the fact that he wanted the camera removed, requested that everyone leave that this sgt's intentions may have been to cause me harm. A second sgt (unknown) also left, failing to take charge over the situation to prevent a potential risk of harm to me. He condoned what happened when he came back in and told Sgt Ngerero, laughing, that he should calm down some, Ngerero replied "I don't give a fuck, its not like we work here anyway what they going to do fire me?" Because these officers ignored Policy by not staying present during the I.C.S., Did nothing to prevent or stop the sgt even knowing the sgt might harm me these officers actions were intentional in order that the sgt could do whatever he wanted and because they left this was done. The investigation found the acts unfounded. I believe this is because the officers were not truthful and intentionally covered it up Ngerero hasn't worked Lumley since then.

3 A

## COUNT II

1. State the constitutional or other federal civil right that was violated: __threat to safety__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I filed a grievance for the showers to be fixed the showers still haven't been fixed the grievance was filed because the ventilation system doesn't work because of this I've had multiple accidents in the shower from lack of oxygen passing out from the steam falling from slipping because the concrete is too slippery when wet tile is needed or maybe the wall paint causes slip and falls I was placed on electrical tenze device for nerves and muscles being pulled from slips and passing out from lack of oxygen I've been placed on medication for knots on my head from falling in shower. They are using records from 2015, all tickets received 2015 they are charging me with these same exact tickets they just changed date to 2021. The emergency push buttons were suppose to be fixed a grievance was filed to fix them I was severely beaten because when I tried to push button for help they didn't work I tried to push the button before the situation escalated into an attack. The officers and inmates refuse to ___ The Department of Corrections is severely understaffed and have no trained employees that legally work here because they are understaffed puts me in a safety risk the yard sometimes only have two officers one having to leave control to do walks so we have to wait to be popped out of cell in a fire situation.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   muscle/nerve damage knots, severely beaten eyes swoll shut head swelled 2 times the normal size broken arm / dislocated arm scarring

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

wear masks for past several months. I've filed complaints to sgt Skullowaski, Lt Bogart, captain Hogan They all claim to address the issue with staff, but the staff only disregard the mask mandate or are insubordinate or the issue was never addressed with staff. I've been threaten by officers working B-Unit officer Zaborick, Officer Plumb, Officer Livingston that if I don't wear the mask that I would receive a ticket when I asked why they don't wear the mask they reply they don't have to. I believe they are intentionally trying to spread the virus and is a potential risk to my health when they know they come in and out of this prison and because the vaccination is not required officers or inmates may or may not be vaccinated by them not wearing the mask creates a greater risk of exposure to covid and it is cruel and unusual punishment to have to constantly be in fear of being exposed to the virus, unnecessarily, when having to be confined to the prison. I've even made complaints to the Governor for this issue he said he would address it with the prison.

　　　I am not given the proper diet I'm underweight, But am not given the proper diet, The Doctor Gave me a Chrono For a double portion diet and that the liquid supplements are to be discontinued The kitchen Refused to acknowledge the diet and sgt Senca Said don't ask for the diet I will not receive the diet because they refuse to acknowledge diet I am severely underweight.

　　　I have info concerning Nation Security because of this I was threatened By CoIV Colburn (Mr Colburn) saying that I'm not to file any more complaints or he'll put me back on the yard to get beat up And to keep my mouth shut about whats going on in here. My grievances Are Never Completed when I try to sneak and file A grievance. Forms not provided to Complete process or Not answered. I am not allowed to File Grievance for the officers and Inmates being here Illegally

4 A

For the past 3 years the level of secondhand smoke creates an unreasonable risk of serious damage to my future health. I'm constantly having shortness of breath and chest pains from this exposure. The inmates have been smoking in the line at the kitchen I am and have been exposed to this secondhand smoke for the past 3 years. Two times a day I'm forced to stand in a line packed shoulder to shoulder while inmates smoke cigarettes. At least 25 cigarettes at a time are being smoked and blown directly in my face and all around me. I've made several complaints to officer Livingston, officer Plumb, officer Martinez officer Hernandez, but they fail to enforce the No smoking law within 15 to 20 feet of the building. This is an everyday issue and when I complain the inmates threaten to beat me up. The officers intentionally disregard these threats comments have been made by the named officers that there's nothing they could do because they are going to smoke anyway officer Livingston has threaten inmates with tickets, but the threats were not carried out and the smoking continued A sign was hung in the kitchen threatening tickets, but it did not stop inmates from smoking. The officers deliberate disregard to enforce smoking rules is mainly due because I am the one making the complaint and because I have information against the officers concerning our nations security and how I believe that they are only impersonating officers they are using this as a form of retaliation and is being used by these officers as a form of cruel and unusual punishment This daily direct exposure to secondhand smoke and the officers unwillingness to enforce the smoking policy creates an unsafe, life threatening condition. There should be zero tolerance for smoking in any place other than the designated smoking area especially when the law clearly states No Smoking within 15 to 20 ft of building.

## E. Request For Relief

State the relief you are seeking

3 million for Count 1 for Sgt Ngvrero's Conduct causing harm pain suffering emotional & mental injury monetary punitive and collateral damage. 1 million for each officer who were present during incident, whom played an integral part in the incident by leaving upon the Sgt's request in order for this incident to take place.

Count 2 $10,000 for each of the 3 years I was exposed to secondhand smoke for officers refusing to enforce policy on smoking and creating an unsafe, life threatening condition creating an unreasonable risk of serious damage to my future health that may have possibly resulted from this exposure. totaling $30,000 monetary punitive and collateral damage; An additional $50,000 for me being severely underweight do to not receiving the proper diet for an entire 12 months; An additional $10,000 for the ventulation system in the showers not working for 3 years And an additional $10,000 for the Staff Alert push Buttons in the cells not working for past 3 years Monetary punitive Collateral damage.

I declare under penalty of perjury the forgoing is true and correct

executed 3-2-22

By [signature]
Reneé Richards