# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Renee S Richards,<br><br>           Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>           Defendants. | **NO. CV-22-00351-PHX-SRB (DMF)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 21, 2022, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice for failure to state a claim.  This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

                                              Debra D. Lucas
                                              District Court Executive/Clerk of Court

June 2, 2022

                                              s/ Rebecca Kobza
                                By   Deputy Clerk